## Love *v.* Elizabeth Coal Company et al., Appellants.

Argued October 26, 1942.

Before KELLER, P. J., CUNNINGHAM, BALDRIGE, RHODES, HIRT and KENWORTHEY, JJ.

*S. H. Torchia,* with him *Ralph H. Behney* and *Claude T. Reno,* Attorney General, for appellants.

*Samuel J. Goldstein,* for appellee, was not heard.

PER CURIAM, November 11, 1942:

The sole issue in this compensation case was one of fact. The board found upon substantial and competent evidence that the deceased met his death in the course of his employment as the result of an accident and awarded compensation to the claimant and her minor children. We are bound by the board's action: *Johnson v. Valvoline Oil Company et al.*, 131 Pa. Superior Ct. 266, 200 A. 224; *Russell v. Scott Paper Company*, 140 Pa. Superior Ct. 84, 13 A. 2d 81; *Walsh v. Penn Anthracite Mining Company*, 147 Pa. Superior Ct. 328, 24 A. 2d 51; *Williams v. Susquehanna Collieries Company*, 148 Pa. Superior Ct. 540, 25 A. 2d 751.

Judgment is affirmed.